# United States Court of Appeals
## For the First Circuit

No. 16-1771

ANDREW MARCH,

Plaintiff, Appellee,

v.

JANET T. MILLS, individually and in her official capacity as
Attorney General for the State of Maine,

Defendant, Appellant,

CITY OF PORTLAND, MAINE; WILLIAM PREIS, individually and in his
official capacity as a Police Lieutenant of the City of
Portland; JASON NADEAU, individually and in his official
capacity as a Police Officer of the City of Portland; GRAHAM
HULTS, individually and in his official capacity as a Police
Officer of the City of Portland; DONALD KRIER, individually and
in his official capacity as a Police Major of the City of
Portland,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on August 8, 2017, is
amended as follows:

On page 38, line 4: "Erzoznik" is replaced with
"Erznoznik"